UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA

Case No. 18-80831-Civ-Middlebrooks/Brannon

WILLIAM PICKRELL, *et al.*,

    Plaintiffs,

v.

KUCHAR MECHANICAL, INC.,

    Defendant.
_____/

**STIPULATED FINAL JUDGMENT**

THIS CAUSE come before the Court upon the Parties' Motion and Stipulation for Entry of Final Judgment (DE 12), filed December 26, 2018. Having considered the Parties' Motion, the record, and being otherwise duly advised, it is hereby

**ORDERED AND ADJUDGED** that

(1) Final Judgment is entered in favor of Plaintiffs and against Defendant in the sum certain of $8,734.36. The sum certain represents payment of late fees, interest, and court costs due and owing in the sum certain of $8,734.36. This sum certain does not represent payment of any attorneys' fees, which are not being collected in this judgment contingent upon receipt of the entire $8,734.36 within ninety (90) days of December 14, 2018.

(2) Pursuant to the Parties' agreement, the Trustees may file suit against Defendant based on delinquent contributions and/or liquidated damages discovered by the Funds' auditors for payroll periods outside of February 1, 2018 and November 30,

2018.

(3) The Trustees shall file, within twenty days of successful and full completion of payments (if any) toward this Stipulated Judgment, a Satisfaction of Judgment. Execution shall issue on this judgment.

(4) The Clerk of Court shall administratively **CLOSE THIS CASE**.

(5) This Court reserves jurisdiction to enforce the Parties' settlement agreement. Jurisdiction will be reserved for a period of six months.

**DONE AND ORDERED** in Chambers in West Palm Beach, Florida, this 27th day of December, 2018.

_____
Donald M. Middlebrooks
United States District Judge

Cc:   Counsel of record